## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RESUL CAN,

*Petitioner,*

v.

BRIAN MCSHANE, et al.,

*Respondents.*

CIVIL ACTION

NO. 26-135

## ORDER

**AND NOW**, this 27th day of April 2026, upon consideration of the Petitioner Resul Can's First Motion to Enforce (Dkt. No. 8) and Respondents ICE Philadelphia FOD Brian McShane, Sirce E. Owen, Kristi Noem, Pamela Bondi, Todd Lyons and Jamal L. Jamison having filed a Certificate of Petitioner's Release from Custody (Dkt. No. 9), it is hereby **ORDERED** that the Motion to Enforce (Dkt. No. 8), is **DENIED as moot.**

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.